UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CAMILLE LANDRY
D/B/A DEEP SOUTH CRANE AND
RIGGING COMPANY

VERSUS

AQUA-TERRA CONSTRUCTION AND
ENGINEERING SYSTEMS, INC.,
ET AL

CIVIL ACTION

NO. 06-427-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen Riedlinger dated January 29, 2008. Objections have been filed which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion for Summary Judgment filed by plaintiff Camille Landry, d/b/a Deep South Crane and Rigging Company is denied. Further, the Motion for Judgment or, Alternatively, Motion for Partial Summary Judgment of Defendants filed by Aua-Terra Construction and Engineering Systems, Inc. And Dan Deslauriers is denied.

Baton Rouge, Louisiana, February 27, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA